# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHIRLEY BROUGHTON, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> SMITH'S FOOD & DRUG CENTERS, INC., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:14-cv-01849-GMN-NJK <br><br> ORDER |

The undersigned's chambers received a telephone call from Defendant's counsel indicating that this case has settled.[1] Accordingly, the Court **VACATES** the settlement conference set for September 15, 2015. *See* Docket No. 26. The Court further **ORDERS** the parties to file dismissal papers no later than July 23, 2015.

IT IS SO ORDERED.

DATED: July 9, 2015

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] While the Court appreciates notice being given of settlement, counsel is advised in the future that the proper vehicle for informing the Court of a settlement is through the filing on the docket of a notice of settlement. *See* Local Rule 7-6(a).